UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DIEMER,

    Plaintiff,

v.

LUNDBECK, LLC, et al.,

    Defendants.

_____/

Case No. 1:19-cv-459

HONORABLE PAUL L. MALONEY

## **ORDER ADMINISTRATIVELY CLOSING CASE**

On August 13, 2019, the Court issued an order approving a stipulation between the parties to Stay this case pending arbitration (ECF No. 8). Further, the parties were directed to file a joint status report by December 13, 2019 if arbitration had not yet been completed. The parties filed a status report on December 12, 2019 (ECF No. 9).

Upon review of the report, the Court has learned that an arbitration hearing is presently scheduled for September 22, 2020. Rather than have this action remain on the court's docket, a result which is contrary to the interest of the court, the parties, and the public, the court has decided to administratively close this matter pending a lift of the stay. Accordingly,

**IT IS HEREBY ORDERED** that this matter shall be CLOSED subject to the participation of the parties in arbitration. This closing is for administrative purposes only and does not constitute a decision on the merits.

**IT IS FURTHER ORDERED** that upon conclusion of arbitration, either party may file a motion to reopen this case if necessary. Any such motion need only refer to this order and it will be granted.


Dated: December 19, 2019                                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge